

To whom it may concern,

     My name is Michael C. Parkinson. I was born and raised in Granite City, Illinois, graduated high school here, graduated college here, served as a police officer here, and was promoted to the rank of Leiutenant.  I retired with 24 years of honorable service and now serve my community as an elected Mayor.

     I have know Jeffrey Wakeford since high school. Mr. Wakeford spoke to me about this issue and I heard regret and embarrassment in his voice while he told me he had been in our Nation's Capital on January 6th, 2021.

     I believe Mr. Wakeford knows his actions were wrong and I believe he was just caught up in the moment and the rhetoric of that moment in our nations history and made a bad choice that day.  I do not believe this incident defines his person or character that I have known for many many years. My friend is not perfect but I do believe he understands the wrong he committed on that terrible day.

I have seen many criminals in my days as an officer, undercover detective, and homicide investigator, many were destined for a life of crime, Jeff Wakeford is not that person.  I believe you will never see Mr. Wakeford in a courtroom again once his day in court for this mistake has ended.

Thank you for entertaining my thoughts.

Michael C. Parkinson