DEFENDANT'S
EXHIBIT

**2**

Dear Judge,

I am writing to offer my personal character reference for Jeff Wakeford, who is currently facing charges before your court.

I have known Jeff for a few years now, and have had the opportunity to witness both the challenges he has faced and the progress he has made in recent months.

 While it is true that Jeff has had a rocky past, I can attest that he is genuinely committed to turning his life around.

Since I have know Jeff, he has actively sought out positive influences and support systems. He has been regularly attending both church services and recovery meetings, serving where he is needed.

I believe these things have become  important in his journey toward personal growth and transformation.

I truly believe that Jeff is on the right path and is determined to continue improving, seeking guidance, and maintaining a life of integrity.

I know that facing these charges is difficult, but I also know that Jeff has a strong support system and a deep desire to move forward in a positive direction.

 I hope that in considering their case, you will take into account the efforts they are making to change their life for the better and have mercy on him.

Thank you for your time and consideration.

Sincerely,

Julius Vickery
Executive Pastor