**DEFENDANT'S EXHIBIT 3**

This letter is in regards to Jeff Wakeford.

My name is Curtis and I lead a ministry called Celebrate recovery At Restoration Church in Granite city Illinois. A few years back a friend from church invited a friend of his name Jeff. He attended CR (celebrate recovery) a 12 step program for some Hurts, hang-ups, and habits. He was struggling with relationship issues with his wife she was asking for divorce. He opened up the first night I met him. Sharing his struggles and how he was lost.  Over the next year Jeff jumped in feet first in the ministry. I quickly became good friends with him and ended up being his sponsor to walk with him through the 12 steps of recovery. Over the past year and a half Jeff has been living out the 12 steps. He joined our Men's step study working the steps every Monday night. It's a big commitment for 7 months. When it came to step 4. (Making an inventory of all the wrongs he has done and all the wrongs people have done to him ) he shared his biggest flaws. Praying though this we continue to work the steps and coming to making amends on step 9. He has learned how to forgive those who have hurt him and made amends to those he has hurt. One of the things that he really has trouble healing from is going to the capital building on January 6th. He told me it was a big mistake and If he could take it back and redo it he would have chosen a different path. He is having trouble making amends on this. We have prayed together on this matter and he has put it in Gods hands. Jeff attends Restoration Church on Sundays and CR every Monday and Thursday. He hardly misses a day. He signed up to be on the sound team he helps with out sound/Tech team. He tithes every Thursday and Sunday. Jeff has grown over the past year after completing the 12 steps of recovery and applying the principles to his daily life. He helps walk with other men in the group. He leads our men's open share small group on Thursday. After our step study this year Jeff is now co-leading the men's group called the journey continues walking with other men through their struggles. Jeff has come a long way from where he started and I have personally witnessed his remorse for the poor decisions he has made. I have also witnessed his growth and progress working these steps and understanding what he has done wrong and learning how he can live a Christ centered life. He is one of the most selfless people I know. He is the first person to offer help to anyone. He is very inspirational to the new comers at church and CR. He will share with them the mistakes he had made so the someone doesn't make the same. I'm grateful the God has put Jeff in my life. He is more than a friend. He is an accountability partner and brother.

Curtis Wyatt
Celebrate Recovery Ministry Leader
Restoration Church
3375 Fehling Rd
Granite City, IL 62040